1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
   Marina del Rey, CA 90292
3  Telephone:  (310) 577-0870
4  Facsimile:  (424) 228-5351

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424

10
11  Attorneys for Plaintiff,
    Heather Brown
12

13                 UNITED STATES DISTRICT COURT
14
15              EASTERN DISTRICT OF CALIFORNIA
16

17
18  Heather Brown,
                                    Case No.: 2:10-cv-00455-WBS-GGH
19              Plaintiff,
20        vs.                       ~~PROPOSED~~ ORDER
21
22  First CG, Inc.; and
    Does 1-10, inclusive,
23
24              Defendants.
25

26
27
28

1
2
3

## ORDER TO CONTINUE THE SCHEDULING CONFERENCE

4
    Pursuant to the Ex Parte Application to Continue the Scheduling Conference,

5
6
**IT IS HEREBY ORDERED** that: The Scheduling Conference scheduled for August

7
23, 2010 at 2:00 p.m is reset to **September 20, 2010 at 2:00 p.m.**   A Joint Status

8
Report shall be filed no later than September 7, 2010.

9
**IT IS SO ORDERED.**

10
Dated:  August 18, 2010

11
12

                                        WILLIAM B. SHUBB
13                                      UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28