LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Heather Brown

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Brown,<br><br>             Plaintiff,<br><br>   vs.<br><br>First CG, Inc.,<br><br>             Defendants. | Case No.: 2:10-cv-00455-WBS-GGH<br><br>**ORDER** |

## ORDER TO ALLOW LARA SHAPIRO TO APPEAR TELEPHONICALLY

Pursuant to the Ex Parte Application for Request to Appear at the Scheduling Conference Telephonically, **IT IS HEREBY ORDERED** that Lara Shapiro may appear to the Case Management Conference set for September 20, 2010 at 2:00 PM telephonically.

**IT IS SO ORDERED.**

Dated: September 10, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE